IN THE UNITED STATES DISTRICT COURT
OF THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WESLEY TILLMAN NELSON, IV,

    Plaintiff,

v.                                              Case No.: 3:23-cv-00343-TJC-PDB

JACKSONVILLE SHERIFF'S OFFICE;
CITY OF JACKSONVILLE, et al.,

    Defendants.
_____/

## DEFENDANTS' UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

    Defendants, JACKSONVILLE SHERIFF'S OFFICE, CITY OF JACKSONVILLE, MIKE WILLIAMS, T.K. WATERS, D.H. BOSTICK, R.A. NEADER, Sgt. R. WALKER, J.C. CAUSEY, Z.A. SWAIN, M.A. HIGGINBOTHAM, D.B. KELSAY, S. LADUE, D.D. RAY ("Defendants") respectfully request leave of Court to allow Leigh F. Rosenbloom, Esquire, to withdraw as counsel, and state:

1. Leigh F. Rosenbloom is leaving the Office of General Counsel.
2. Brett. G. Mereness remains lead counsel of record for Defendants.
3. The notice requirements contained in Rule 2.02(c) of the Local Rules of the Middle District of Florida have been satisfied.

## LOCAL RULE 3.01(g) CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 3.01(g), undersigned counsel has conferred with the counsel for Plaintiff, who has no objection to this motion.

**OFFICE OF GENERAL COUNSEL**
**CITY OF JACKSONVILLE**

*/s/ Leigh F. Rosenbloom*
**BRETT G. MERENESS**
Assistant General Counsel
Florida Bar No.: 98691
**LEIGH F. ROSENBLOOM**
Assistant General Counsel
Florida Bar No.: 84622
117 West Duval Street, Suite 480
Jacksonville, Florida 32202
Tel: (904) 255-5100; Fax: (904) 255-5120
brettm@coj.net; bosburn@coj.net
rosenbloom@coj.net
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of October 2023, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send a notice to all counsel of record.

*/s/ Leigh F. Rosenbloom*
Assistant General Counsel